IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02022-ZLW

UNITED STATES OF AMERICA,

    Petitioner,

v.

CHARLES A. ZIMMERMAN,

    Respondent.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

    ORDERED that this case and cause of action is dismissed without prejudice, each party to pay their own attorney's fees and costs.

    DATED at Denver, Colorado, this __6th__ day of ____November____, 2008.

                                     BY THE COURT:

                                     *[signature]*

                                     ZITA L. WEINSHIENK, Senior Judge
                                     United States District Court